# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re  DEBBIE SIMONE ALVARADO and JAMES ALFRED ALVARADO
Debtor

Case No. 12-45924-WJL

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: BAYVIEW LOAN SERVICING, LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB

Court claim no. (if known): _____

Last four digits of any number you use to identify the debtor's account:  4 _ 1 _ 7 _ 1

Date of payment change:  11/01/2015
Must be at least 21 days after date of this notice  mm/dd/yyyy

New total payment:  $ 2,007.97
Principal, interest, and escrow, if any

---

## Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☒ No
☐ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $ _____    New escrow payment:  $ _____

---

## Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%    New interest rate: _____%

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

---

## Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☐ No
☒ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:  * _____

Current mortgage payment: $ 1,526.25    New mortgage payment: $ 2,007.97

---

*Pursuant to Section 3 of the InterestFirst + Note, dated September 26, 2005 and attached to this Notice, the monthly principal and interest mortgage payment will increase from $1,526.67 to $1,724.02 (effective November 1, 2015 as the Note's step-0410) for the rest of the principal, and will be in the amount of $2,007.97, which includes an escrow component of $283.95 and a principal and interest component of $1,724.02.

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.          ☑ I am the creditor's authorized agent.
                              (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ _____/s/ Edward G. Schloss_____          Date   __10/02/2015__
   Signature                                                     mm/dd/yyyy

**Print:**    Edward            G.           Schloss_____          Title   Claimant's Attorney_____
              First Name        Middle Name  Last Name

Company    Edward G. Schloss Law Corporation____

Address    3637 Motor Avenue, Suite 220_____
           Number           Street

           Los Angeles              CA      90034____
           City                     State   ZIP Code

Contact phone   (310) 733-4488_____          Email   egs2@ix.netcom.com_____



## InterestFirst+ NOTE
*(Fixed Interest Rate, With Initial Period of Interest Only Payments)*

SEPTEMBER 26, 2005                    FOLSOM,                    CALIFORNIA
   *[Date]*                                          *[City]*                    *[State]*

300 NORTH CIVIC DRIVE #406
WALNUT CREEK, CA  94596
*[Property Address]*

### 1.   BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ *243,200.00* (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is
*SIERRA PACIFIC MORTGAGE COMPANY, INC., A CALIFORNIA CORPORATION*                    .
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2.   INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of  *5.875*  %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 3.   PAYMENTS

(A)   Time and Place of Payments
I will make a payment every month. This payment will be for interest only for the first  *120*  months, and then will consist of principal and interest.

I will make my monthly payments on the first day of each month beginning on *NOVEMBER 1, 2005*            .
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date, and if the payment includes both principal and interest it will be applied to interest before Principal. If, on  *OCTOBER 1, 2035* ,
I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date.".
I will make my monthly payments at   *950 IRON POINT ROAD, SUITE 240*
*FOLSOM, CA 95630*
or at a different place if required by the Note Holder. My monthly payments will be applied to interest before Principal.

(B) Amount of My Monthly Payments During the Interest Only Period
My monthly payment will be in the amount of U.S. $ *1,190.67*   for the first  *120*  months of this Note, and thereafter will be in the amount of U.S. $ *1,724.87*   . The Note Holder will notify me prior too the date of change in monthly payment.

### 4.   BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

LOAN NO. :

MULTISTATE IntrestFirst FIXED RATE NOTE - Single Family - Fannie Mae UNIFORM INSTRUMENT
DRAW.0101.MX.CVL.IO.NOTE.3271.1.WPF (OPSSHARE\0101DOCS\NOTES\CVL\MXFN3271.IO)

Form 3271  1/01
Page 1 of 3

10. **UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payments in full of all amounts I owe under this Note. some of those conditions are described as follows:

If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

PAY TO THE ORDER OF

COUNTRYWIDE HOME LOANS INC.

WITHOUT RECOURSE

COUNTRYWIDE BANK, N.A.

BY: _Laurie Meder_
LAURIE MEDER
SENIOR VICE PRESIDENT

PAY TO THE ORDER OF

WITHOUT RECOURSE
COUNTRYWIDE HOME LOANS, INC.

BY David A. Spector
Managing Director

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

| _Debbie S. Williams_ | (Seal) | | (Seal) |
| DEBBIE S. WILLIAMS | -Borrower | | -Borrower |
| | (Seal) | | (Seal) |
| | -Borrower | | -Borrower |
| | (Seal) | | (Seal) |
| | -Borrower | | -Borrower |

*[Sign Original Only]*

| MIN NO. | | MERS Telephone: |

Loan No:

MULTISTATE IntrestFirst FIXED RATE NOTE – Single Family – Fannie Mae UNIFORM INSTRUMENT
DRAW.0101.MX.CVL.IO.NOTE.3271.3.WPF (OPSSHARE\0101DOCS\NOTES\CVL\MXFN3271.IO)

Form 3271  1/01
Page 3 of 3

Pay to the order of
Countrywide Bank, N.A.
without Recourse
SIERRA PACIFIC MORTGAGE COMPANY INC.

M.L. Armstrong, Assistant Secretary

1

<u>PROOF OF SERVICE</u>

2      I, KIRK TAYLOR, certify that:

3      I am a resident of Los Angeles County, I am over the age of 18 and not a party to

4  the within action; my business address is 3637 Motor Ave., Suite 220, Los Angeles, CA

5  90034.

6      On October 2, 2015, I checked the CM/ECF docket for this bankruptcy case or

7  adversary proceeding and determined that the following person(s) are on the Electronic

8  Mail Notice List to receive NEF transmission, and the foregoing document, NOTICE OF

9  MORTGAGE PAYMENT CHANGE, will be served by NEF at the email addresses stated

10 below:

11      <u>DEBTORS' ATTORNEY</u>: Joan M. Grimes      joangrimeslaw@gmail.com,

12                                                    grimesecf@gmail.com

13      <u>CHAPTER 13 TRUSTEE:</u> Martha G. Bronitsky      13trustee@oak13.com

        <u>U.S. TRUSTEE:</u> Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov,

14                                                    ltroxas@hotmail.com

15

16      On October 2, 2015, I served the within foregoing document on interested

17 parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed

18 envelope with postage pre-paid in the United States Mail at Los Angeles, California

19  addressed as follows:

20      <u>DEBTORS:</u>
        DEBBIE SIMONE ALVARADO
21      JAMES ALFRED ALVARADO
        460 N. CIVIC DRIVE #406
22      WALNUT CREEK, CA 94596

23      I declare that I am employed in the office of a member of the bar at whose direction

   the service was made.

24      I certify under penalty of perjury that the foregoing is true and correct.

25      Executed on October 2, 2015 at Los Angeles, California.

26

27              /s/ <i>Kirk Taylor</i>
                KIRK TAYLOR
28

Z:\LAW FILES\ROG\POS\ALVARADO.WILLIAMS.PaymentChange.POS.B25243.wpd